Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 21−11717−JKS
      Chapter: 13
      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shana−Kay Medley
   19 Laurel Pl. #2
   Newark, NJ 07106

Social Security No.:
   xxx−xx−3553

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/10/21 at 10:00 AM

to consider and act upon the following:

*23* − Motion to Approve Loan Modification with HomeBridge Financial Services Filed by Javier L. Merino on behalf of Shana−Kay Medley. Objection deadline is 05/27/2021. (Attachments: # 1 Motion to Approve # 2 Loan Mod Part 1 # 3 Loan Mod Part 2 # 4 Proposed Order # 5 Certification of Service) (Merino, Javier)

*24* − Limited Objection to Debtor(s) Motion to Approve Loan Modification (related document:23 Motion to Approve Loan Modification with HomeBridge Financial Services Filed by Javier L. Merino on behalf of Shana−Kay Medley. Objection deadline is 05/27/2021. (Attachments: # 1 Motion to Approve # 2 Loan Mod Part 1 # 3 Loan Mod Part 2 # 4 Proposed Order # 5 Certification of Service) filed by Debtor Shana−Kay Medley) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/17/21

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court