UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Javier L. Merino
DannLaw
372 Kinderkamack Road, Suite 5
Westwood, NJ 07675
Phone: 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
Fax: 216-373-0536
notices@dannlaw.com

**Order Filed on June 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Shana-Kay Medley

Case No.: 21-11717

Chapter: 13

Judge: JKS

## ORDER AUTHORIZING RETENTION OF

DannLaw

The relief set forth on the following page is **ORDERED**.

**DATED: June 1, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __DannLaw__ as __Special Counsel__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  
   DannLaw  
   372 Kinderkamack Road, Suite 5  
   Westwood, NJ 07675

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*