Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−11717−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Shana−Kay Medley
  19 Laurel Pl. #2
  Newark, NJ 07106

Social Security No.:
  xxx−xx−3553

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 11, 2021.

Dated: June 11, 2021
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 21-11717-JKS

Shana-Kay Medley                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3

Date Rcvd: Jun 11, 2021      Form ID: plncf13      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shana-Kay Medley, 19 Laurel Pl. #2, Newark, NJ 07106-2014 |
| aty | + | DannLaw, 372 Kinderkkamack Road, Westwood, NJ 07675-1653 |
| 519142299 | + | Andre Hudson, 19 Laurel Place #1, Newark, NJ 07106-2014 |
| 519127911 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519146513 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519205196 | + | Cenlar FSB Attn: BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519127917 | + | HomeBridge Financial Services, Inc., PO Box 77404, Trenton, NJ 08628-6404 |
| 519127918 | #+ | KLM Law Group, P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 519127919 | ++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153 address filed with court:, Muncpl Cr Un, 185 Montague St, Brooklyn, NY 11201 |
| 519127923 | #+ | Recoveries Unlimited, 35 Pinelawn Road #200W, Melville, NY 11747-3199 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2021 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2021 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:15 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519127910 | + | Email/Text: backoffice@affirm.com | Jun 11 2021 21:05:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519133037 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 11 2021 21:01:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519142290 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 11 2021 22:04:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519127912 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 22:05:47 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519127913 | + | Email/Text: clientservices@credit-control.com | Jun 11 2021 21:04:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519127914 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2021 21:03:00 | Comenitycb/Lenovo, Po Box 182120, Columbus, OH 43218-2120 |
| 519127915 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 11 2021 21:04:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519127916 | + | Email/Text: bankruptcynotices@devry.edu | Jun 11 2021 21:05:00 | Devry University Inc, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 519127920 | | Email/Text: bankruptcynotice@nymcu.org | Jun 11 2021 21:04:00 | Municipal Credit Union, 22 Cortlandt St, New York, NY 10007 |
| 519148831 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 11 2021 21:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 519198778 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 22:05:58 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519127921 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 22:05:57 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 519127922 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2021 22:04:35 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519128978 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 11 2021 22:04:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519129775 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 11 2021 21:04:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519127909 | | 21-11717 |
| 519142298 | | Darloune Darbouze |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Debtor Shana-Kay Medley jmerino@dannlaw.com notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4