Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−11717−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shana−Kay Medley
   19 Laurel Pl. #2
   Newark, NJ 07106

Social Security No.:
   xxx−xx−3553

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       10/14/21
Time:       10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Javier L. Merino, Debtor's Attorney

COMMISSION OR FEES
$2133.00

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

   ☑       will not reduce the amount to be paid to general unsecured
           creditors under the plan.

   ☐       will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 24, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 21-11717-JKS

Shana-Kay Medley                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                   Page 1 of 3
Date Rcvd: Sep 24, 2021                       Form ID: 137                                   Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                the notice recipient was advised to update its address with the court immediately.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by
                the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was
                undeliverable.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shana-Kay Medley, 19 Laurel Pl. #2, Newark, NJ 07106-2014 |
| aty | + | DannLaw, 372 Kinderkkamack Road, Westwood, NJ 07675-1653 |
| 519142299 | + | Andre Hudson, 19 Laurel Place #1, Newark, NJ 07106-2014 |
| 519127911 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 519146513 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519205196 | + | Cenlar FSB Attn: BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519127917 | + | HomeBridge Financial Services, Inc., PO Box 77404, Trenton, NJ 08628-6404 |
| 519127919 | ++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153 address filed with court:, Muncpl Cr Un, 185 Montague St, Brooklyn, NY 11201 |
| 519127923 | #+ | Recoveries Unlimited, 35 Pinelawn Road #200W, Melville, NY 11747-3199 |

TOTAL: 9


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 20:44:14 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519127910 | + | Email/Text: backoffice@affirm.com | Sep 24 2021 20:30:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519133037 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 24 2021 20:29:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519142290 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 24 2021 20:44:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519127912 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 20:44:07 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519127913 | + | Email/Text: clientservices@credit-control.com | Sep 24 2021 20:30:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519127914 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2021 20:29:00 | Comenitycb/Lenovo, Po Box 182120, Columbus, OH 43218-2120 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 137 | Total Noticed: 27 |

| 519127915 | + Email/Text: electronicbkydocs@nelnet.net | Sep 24 2021 20:30:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
|---|---|---|---|
| 519127916 | + Email/Text: bankruptcynotices@devry.edu | Sep 24 2021 20:30:00 | Devry University Inc, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 519127920 | Email/Text: bankruptcynotice@nymcu.org | Sep 24 2021 20:30:00 | Municipal Credit Union, 22 Cortlandt St, New York, NY 10007 |
| 519148831 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2021 20:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 519198778 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 20:44:02 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519127921 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 20:44:02 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 519127922 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2021 20:44:16 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519128978 | + Email/PDF: gecsedi@recoverycorp.com | Sep 24 2021 20:44:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519129775 | + Email/Text: electronicbkydocs@nelnet.net | Sep 24 2021 20:30:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519127909 | | 21-11717 |
| 519142298 | | Darloune Darbouze |
| 519127918 | ##+ | KLM Law Group, P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Debtor Shana-Kay Medley jmerino@dannlaw.com |

District/off: 0312-2                            User: admin                                      Page 3 of 3

Date Rcvd: Sep 24, 2021                         Form ID: 137                                 Total Noticed: 27

notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4