| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Shana-Kay Medley,<br><br>　　　　　　　Debtor. | |

Order Filed on October 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 21-11717 (JKS)

Chapter 13

# DENIAL OF DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 28, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

In re Shana-Kay Medley
Bankruptcy Case No. 21-11717

Upon the motion ("Motion") of the debtor, Shana-Kay Medley, for the dismissal of her Chapter 13 bankruptcy case;

It is hereby:

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** due to the debtor's failure to serve the Motion on all of the creditors which filed proofs of claims in her bankruptcy case.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.