| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In Re:<br><br>Shana-Kay Medley,<br><br>                Debtor. |

Order Filed on October 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 21-11717 (JKS)

Chapter 13

## DENIAL OF DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 28, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

In re Shana-Kay Medley
Bankruptcy Case No. 21-11717

Upon the motion ("Motion") of the debtor, Shana-Kay Medley, for the dismissal of her Chapter 13 bankruptcy case;

It is hereby:

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** due to the debtor's failure to serve the Motion on all of the creditors which filed proofs of claims in her bankruptcy case.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:  Shana-Kay Medley                Debtor | Case No. 21-11717-JKS  Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 28, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shana-Kay Medley, 19 Laurel Pl. #2, Newark, NJ 07106-2014 |
| aty | + DannLaw, 372 Kinderkkamack Road, Westwood, NJ 07675-1653 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Debtor Shana-Kay Medley jmerino@dannlaw.com notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4