Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 21−11717−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shana−Kay Medley
   19 Laurel Pl. #2
   Newark, NJ 07106

Social Security No.:
   xxx−xx−3553

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/24/22.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 24, 2022
JAN: zlh

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 21-11717-JKS
Shana-Kay Medley                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 3
Date Rcvd: Jan 24, 2022            Form ID: 148            Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shana-Kay Medley, 19 Laurel Pl. #2, Newark, NJ 07106-2014 |
| aty | + | DannLaw, 372 Kinderkkamack Road, Westwood, NJ 07675-1657 |
| 519142299 | + | Andre Hudson, 19 Laurel Place #1, Newark, NJ 07106-2014 |
| 519146513 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519205196 | + | Cenlar FSB Attn: BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519127917 | + | HomeBridge Financial Services, Inc., PO Box 77404, Trenton, NJ 08628-6404 |
| 519127919 | ++ | MUNICIPAL CREDIT UNION, 22 CORTLANDT STREET, 24TH FLOOR, NEW YORK NY 10007-3153 address filed with court:, Muncpl Cr Un, 185 Montague St, Brooklyn, NY 11201 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jan 25 2022 01:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519127910 | + | Email/Text: backoffice@affirm.com | Jan 24 2022 20:31:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519127911 | + | EDI: BANKAMER.COM | Jan 25 2022 01:33:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519133037 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 24 2022 20:30:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 519142290 | + | EDI: AIS.COM | Jan 25 2022 01:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519127912 | + | EDI: CAPITALONE.COM | Jan 25 2022 01:33:00 | Capital One Bank Usa N, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519127913 | + | Email/Text: clientservices@credit-control.com | Jan 24 2022 20:30:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 519127914 | + | EDI: WFNNB.COM | Jan 25 2022 01:33:00 | Comenitycb/Lenovo, Po Box 182120, Columbus, OH 43218-2120 |
| 519127915 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 24 2022 20:30:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519127916 | + | Email/Text: bankruptcynotices@devry.edu | Jan 24 2022 20:31:00 | Devry University Inc, 1200 E Diehl Rd, Naperville, IL 60563-9347 |
| 519127920 | | Email/Text: bankruptcynotice@nymcu.org | Jan 24 2022 20:31:00 | Municipal Credit Union, 22 Cortlandt St, New York, NY 10007 |
| 519148831 | + | EDI: MID8.COM | Jan 25 2022 01:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren MI 48090-2037 |
| 519198778 | | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 519127921 | + | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |
| 519127922 | + | EDI: PRA.COM | Jan 25 2022 01:33:00 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519128978 | + | EDI: RMSC.COM | Jan 25 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519129775 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 24 2022 20:30:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519127909 | | 21-11717 |
| 519142298 | | Darloune Darbouze |
| 519127918 | ##+ | KLM Law Group, P.C., 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 519127923 | ##+ | Recoveries Unlimited, 35 Pinelawn Road #200W, Melville, NY 11747-3199 |

TOTAL: 2 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2022         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Javier L. Merino | on behalf of Debtor Shana-Kay Medley jmerino@dannlaw.com notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com |

| | |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4